In the Matter of the Claim of ANTONIO LIBERATORE, Respondent, against ABRAHAM FRIEDMAN et al., Appellants.

THE STATE INDUSTRIAL COMMISSION, Respondent.

*Liberatore v. Friedman,* 185 App. Div. ——, affirmed.

(Argued November 12, 1918; decided November 26, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

July 5, 1918, which affirmed an award of the state indus-
trial commission made under the Workmen's Com-
pensation Law.   The claimant, who was a journeyman
tailor and employed by defendant Friedman as a coat
maker, stuck his finger with a needle while sewing by
hand on an overcoat.   Blood poisoning ensued resulting
in permanent injuries.   It appeared that he did his work
at home and was paid by the piece.   The question was
whether he was an employee or an independent contractor.

*William H. Foster* and *James B. Henney* for appellants.
*Merton E. Lewis, Attorney-General* (*E. C. Aiken* of
counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, HOGAN, McLAUGHLIN and CRANE, JJ.